THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 27, 2014



Susan V. Kelley
United States Bankruptcy Judge

## United States Bankruptcy Court
## Eastern District of Wisconsin

_____

IN RE: NANCY A MIKKELSON

Debtor

Case No.: 11-20489-SVK

Chapter: 13

_____

### ORDER CONFIRMING MODIFIED PLAN
_____

The Debtor's modified plan was filed on September 5, 2014. The modified plan was transmitted to those creditors required by Bankruptcy Rule 3015 or Order of the Court, and the Trustee's objection has been withdrawn.

Upon review of the modified plan and the entire file in this case, the Court finds that the modified plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The Debtor's modified chapter 13 plan is confirmed, with the following provisions. (This is only a summary, consult the modified plan for additional details.)

1. Payments: $500.00 monthly.

2. The modified plan projects unsecured claims will receive: Not less than $19,638.02 or 37%, whichever is greater.

3. Other provisions that have changed from the most recently confirmed Chapter 13 plan are: None.

4. All other terms and conditions of the previous Order Confirming Plan remain in full force and effect.

#####